UNITED STATED DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Aaron Dalton, | Case No.: 0:19-CV-00779-NEB-TNL |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Gaudette Properties, LLC, | |
| Defendant. | |

---

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendant, acting through their undersigned attorneys, that the above-captioned action may be dismissed with prejudice and without costs to any party.

**IT IS FURTHER STIPULATED AND AGREED** that an order of dismissal with prejudice may be entered pursuant to this stipulation without further notice.

**BROWNE LAW LLC**

Dated: July 15, 2019     By:   *s/ Padraigin Browne*
Padraigin L. Browne, #389962
Attorney for Plaintiff
8530 Eagle Point Road, Suite 100
Lake Elmo, MN 55042
(612) 293-4805
paddy@brownelawllc.com

2

**EASTLUND HUTCHINSON LTD.**

Dated: July 15, 2019     By:  *s/ Mark J. Peschel*
                                                        Mark J. Peschel, #160921
                                                        Attorney for Defendant
                                                        4200 County Road 42 West
                                                        Savage, MN 55378
                                                        (952) 224-8677
                                                        mpeschel@eastlundhutchinson.com