# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| AARON DALTON, | Case No. 19-CV-779 (NEB/TNL) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| GAUDETTE PROPERIES, LLC, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal With Prejudice filed on July 15, 2019 [ECF No. 13], IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE and without costs to any party.

Dated: July 17, 2019

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge